NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZOOMESSENCE, INC.,**
*Appellant*

**v.**

**JOSEPH MATAL, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2017-1581

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-01418.

---

**JUDGMENT**

---

STEVEN JOHN HULTQUIST, Hultquist, PLLC, Chapel Hill, NC, argued for appellant. Also represented by MARY B. GRANT.

MICHAEL SUMNER FORMAN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria,

VA, argued for intervenor. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, ROBERT J. MCMANUS, LORE A. UNT.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* SCHALL and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td> January 16, 2018 </td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>